Seth M. Lehrman (admitted pro hac vice)
LEHRMAN LAW
951 Yamato Rd., Suite 285
Boca Raton, FL 33431
T: (954) 304-9260
E: seth@lehrmanlaw.com

Michael Yancey III
Nevada Bar Number 16158
CONSUMER ATTORNEYS
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
T: (480) 573-9272
E: myancey@consumerattorneys.com

*Attorneys for Plaintiff*
*Brian K. Schaefer, Jr.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Brian K. Schaefer, Jr., | **Case No.: 2:23-cv-01333-JCM-VCF** |
| Plaintiff, | |
| v. | |
| Wells Fargo Bank, N.A., | |
| Defendant. | |

**JOINT STIPULATION OF DISMISSAL**

1

It is hereby stipulated and agreed, by and among the parties hereto, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brian K. Schaefer, Jr. ("Plaintiff") voluntarily dismisses with prejudice, the Complaint and all claims alleged therein against Wells Fargo Bank, N.A., ("Defendant"). Each party shall bear its own fees and costs.

Respectfully submitted on February 12, 2024

/s/ Seth M. Lehrman
Seth M. Lehrman (admitted pro hac vice)
LEHRMAN LAW
951 Yamato Rd., Suite 285
Boca Raton, FL 33431
T: (954) 304-9260
E: seth@lehrmanlaw.com

John A. Love (admitted pro hac vice)
LOVE CONSUMER LAW
2500 Northwinds Parkway, Suite 330
Alpharetta, GA 30009
T: (404) 855-3600
E: tlove@loveconsumerlaw.com

Michael Yancey III
Nevada Bar No. #16158
CONSUMER ATTORNEYS
2300 West Sahara Ave. Suite 800
Las Vegas, NV 89102
T: (480) 573-9272
F: (718) 715-1750
E: myancey@consumerattorneys.com

*Attorneys for Plaintiff Brian K. Schaefer, Jr.*

/s/ Sean B. Kirby
Sean B. Kirby, Esq.
Nevada Bar No. 14224
Brody R. Wight, Esq.
Nevada Bar No. 13615
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123 *(Nevada Office)*
600 Peachtree St. NE # 3000
Atlanta, GA 30308 *(Corporate Office)*
T: (757) 687-7536
E: sean.kirby@troutman.com
brody.wight@troutman.com

*Attorney for Wells Fargo, N.A.*

IT IS SO ORDERED:

_____
James C. Mahan
United States District Judge

DATED: February 16, 2024

2